IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DOHNER,                           No. Civ. S-06-2853 DFL DAD

    Plaintiff,                     Memorandum of Opinion
                                                    and Order
    v.

MERCK & CO., et al.,

    Defendants.         /

    For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), the motion to stay is GRANTED.  In light of the stay, plaintiff's motion to remand is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated:  April 11, 2007

                                        /s/ David F. Levi_____
                                        DAVID F. LEVI
                                        United States District Judge

1